May 8, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD BOWMAN, Appellant

NO. 14-13-00441-CV               V.

EL PASO CGP COMPANY, L.L.C., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, El Paso CGP Company, L.L.C., signed February 18, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, El Paso CGP Company, L.L.C.

We further order this decision certified below for observance.